IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

STEPHANIE BRYANT                                                                                    PLAINTIFF

V.                                                                          CAUSE NO. 3:16-CV-00032-CWR-FKB

FRED'S STORES OF TENNESSEE, INC.                                                       DEFENDANT

### FINAL JUDGMENT AND ORDER OF DISMISSAL

This cause comes before the Court on the parties' announcement that they have agreed to a resolution of all matters in this case which involved claims under the Fair Labor Standards Act ("FLSA"). The Court, being advised that the parties have an informed understanding of their rights and a full appreciation of the consequences of the resolution and that they now seek court approval of the FLSA Settlement and an Order of Dismissal with Prejudice, hereby acknowledges and finds the following:

1. The parties have exchanged a Release and Settlement Agreement and have advised the Court as to the terms of the agreement. The parties have jointly requested that this Court approve the settlement and enter Final Judgment. Docket No. 36.

2. After reviewing the parties' proposed Release and Settlement Agreement, the Court held a hearing in the matter on May 22, 2017. Based upon the statements of counsel for both parties, the Court finds that there existed a bona fide dispute as to the legal claims, defenses, and facts in this cause, including but not limited to issues of liability and the amount of overtime compensation due, if any. The settlement terms proposed by the parties are fair and reasonable to all involved.

3. This was an arms-length transaction resulting in settlement, and there is no evidence of either fraud or collusion.

THEREFORE, IT IS HEREBY ORDERED that the joint motion to approve the proposed settlement agreement is granted. Docket No. 36. The Court reviewed and approved the proposed agreement *in-camera* and the agreement does not need to entered on the docket, therefore the joint motion to seal the settlement agreement is moot. Docket No. 38. The parties are ordered to finalize the agreement through the exchange of consideration. Based upon this resolution by the parties, all claims that plaintiff has or may have arising out of this lawsuit—including but not limited to any claims under the FLSA for wages, overtime, liquidated damages, attorneys' fees, costs, expenses, or other relief, award, or damages—are hereby resolved and DISMISSED WITH PREJUDICE.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED**, this the 31st day of May, 2017.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE